UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CLOSED CIVIL CASE**

Case No. 11-24455-CIV-GRAHAM/GOODMAN

CARLOS SOBRAL, an individual, and
on behalf of PRNUSA, LLC, a New York
limited liability company,

Plaintiff,

vs.

EDMUND BURKE, an individual,
SUZANNE D. BURKE, an individual, and
PRNUSA, LLC, a New York limited
liability company,

Defendants
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendants's Motion to Compel Arbitration, Transfer Venue or to Dismiss for Lack of Personal Jurisdiction [D.E. 9] and Plaintiff's Response to the same [D.E. 14].

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiff concedes that Counts I and II of the Complaint may be compelled to arbitration before the American Arbitration Association and under the Commercial Arbitration Rules of the American Arbitration Association of New York, New York applying the law of the State of New York. [D.E. 14]. Additionally, Plaintiff concedes that his request for a preliminary injunction (Count III)

should be immediately transferred to the U.S. District Court for the Southern District of New York. Id.

Based thereon, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Compel Arbitration [D.E. 9] is **GRANTED** as to Counts I and II. It is further

**ORDERED AND ADJUDGED** that Defendants' Motion to Transfer Venue is **GRANTED** as to Count III. Plaintiff's motion for preliminary injunction (Count III) shall be transferred to the U.S. District Court for the Southern District of New York. It is further

**ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss is **DENIED** as moot. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of March, 2012.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Goodman
    All Counsel of Record