UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:11-cv-24455-DLG

CARLOS SOBRAL, an individual, and
on behalf of PRNUSA, LLC, a New York
limited liability company,

        Plaintiff,

vs.

EDMUND BURKE, an individual,
SUZANNE D. BURKE, an individual,
and PRNUSA, LCC, a New York limited
liability company,

        Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CARLOS SOBRAL, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above styled action without prejudice.

        Respectfully submitted,

        SANTUCCI PRIORE, P.L.
        *Attorneys for the Plaintiff*
        200 South Andrews Avenue, Suite 100
        Fort Lauderdale, Florida 33301
        Tel: 954-351-7474
        Fax: 954-351-7475

By:    **s/ Joseph V. Priore**
        Joseph V. Priore, Esq.
        Florida Bar No. 348820
        jpriore@spl-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

          By:    **s/ Joseph V. Priore**
                  Joseph V. Priore, Esq.
                  Florida Bar No. 348820
                  E-mail: jpriore@spl-law.com

## SERVICE LIST

**Sobral vs. Burke, et al.**
**Case No. 1:11-cv-24455-DLG**
**United States District Court, Southern District of Florida**

Scott Konopka, Esq.
PAGE, MRACHEK, FITZGERALD & ROSE, P.A.
1000 SE Monterey Commons Boulevard
Suite 306
Stuart, FL 34996
Telephone: (772) 221-7757
Facsimile: (772) 781 6886
E-mail: Skonopka@pm-law.com
*Attorneys for the Defendants*
Service via CM/ECF