UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-24455-CIV-GRAHAM/GOODMAN

CARLOS SOBRAL, an individual, and
on behalf of PRNUSA, LLC, a New York
limited liability company,

Plaintiff,

vs.

EDMUND BURKE, an individual,
SUZANNE D. BURKE, an individual, and
PRNUSA, LLC, a New York limited
liability company,

Defendants
_____/

**ORDER**

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [D.E. 20]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that all claims are **DISMISSED** without prejudice, with each party to bear its own fees and costs. It is further

**ORDERED AND ADJUDGED** that this case shall remain **CLOSED** for administrative purposes, and any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of May, 2012.

                                            s/Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record